ELIZABETH CONDIT, PLAINTIFF-PETITIONER, v. ARTHUR
WALLING, DEFENDANT-RESPONDENT.

*Messrs. Parsons, Canzona, Blair & Warren* for the petitioner.

*Mr. Frank P. Zimmer* and *Mr. Fred S. Lafer* for the respondent.

January 28, 1963. Denied.

REGINA COYLE, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
WANDA STEVENS, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

*Mr. Aaron W. Nussman* for the petitioners.

*Messrs. Krieger & Chodash* for the respondents.

January 28, 1963. Denied.